[No. 18133-9-II.   Division Two.   November 15, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD
RONALD CAMPO, *Appellant*.

Appeal from a judgment of the Superior Court for
Cowlitz County, No. 93-1-00120-4, Randolph Furman, J.,
entered March 24, 1994. *Affirmed* by unpublished opinion
per Fleisher, J., concurred in by Seinfeld, C.J., and
Morgan, J.

[No. 13431-8-III.   Division Three.   November 16, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. THOMAS
A. FLETCHER, *Appellant*.

Appeal from a judgment of the Superior Court for Co-
lumbia County, No. 92-1-00021-6, John M. Lyden, J.,
entered July 22, 1993. *Reversed* by unpublished opinion
per Munson, J., concurred in by Sweeney, A.C.J., and
Schultheis, J.

[No. 13489-0-III.   Division Three.   November 16, 1995.]

THE STATE OF WASHINGTON, *Appellant*, v. RHONDA
LYNN GRAHAM, *Respondent*.

Appeal from a judgment of the Superior Court for Grant
County, No. 93-1-00051-3, Kenneth L. Jorgensen, J.,
entered August 20, 1993. *Affirmed* by unpublished opinion
per Schultheis, J., concurred in by Thompson, C.J., and
Munson, J.

[No. 13543-8-III.   Division Three.   November 16, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. ARTHUR
F. HENTZE, *Appellant*.

Appeal from a judgment of the Superior Court for
Yakima County, No. 92-1-01228-1, Michael W. Leavitt, J.,
entered September 16, 1993. *Reversed* by unpublished
opinion per Sweeney, J., concurred in by Thompson, C.J.,
and Munson, J.